# Exhibit 2

**The latest TRO cases in United States courts in the past 10 days:**

Investigation of cases/commissions (/index/user/login.html) · Official website (https://maijiazhichi.com/)

| # | Date | Case ID | Plaintiff | State | Plaintiff's Law Firm | Plaintiff brand |
|---|------|---------|-----------|-------|----------------------|-----------------|
| 1 | 08/09/2024 | 2024-cv-06969 | Lucie Bilodeau | IL | keith | Copyright image by Lucie Bilodeau |
| 2 | 08/09/2024 | 2024-cv-07035 | Roku, Inc. | IL | Boies Schiller Flexner | Roku Trademark |
| 3 | 08/09/2024 | 2024-cv-07048 | Mattel, Inc. | IL | GBC | Barbie |
| 4 | 08/09/2024 | 2024-cv-07059 | Hong Kong Leyuzhen Technology Co., LTD | IL | Bayramoglu Law Offices LLC | Copyright Rotita |
| 5 | 08/08/2024 | 2024-cv-06988 | Fleischer Studios, Inc. | IL | Aronberg Goldgehn Davis & Garmisa | BETTY BOOP trademark |
| 6 | 08/08/2024 | 2024-cv-06968 | Jennifer Lommers | IL | Keith | Copyright Jennifer Lommers |
| 7 | 08/08/2024 | 2024-cv-06891 | General Motors LLC | IL | GBC | GM General Motors |
| 8 | 08/08/2024 | 2024-cv-06974 | Marcello Corti | IL | Keith | Marcello Corti Copyright |
| 9 | 08/08/2024 | 2024-cv-06982 | Jennifer Lommers | IL | Keith | Copyright Jennifer Lommers |
| 10 | 08/08/2024 | 2024-cv-06985 | TV Tokyo Corporation | IL | HSP | NARUTO |
| 11 | 08/08/2024 | 2024-cv-06986 | TV Tokyo Corporation | IL | HSP | NARUTO |
| 12 | 08/08/2024 | 2024-cv-06999 | Marcello Corti | IL | Keith | Marcello Corti Copyright |
| 13 | 08/08/2024 | 2024-cv-07000 | Timothy Adam Matthe | IL | keith | Copyright Timothy Adam Matthe |



Scan the QR code to contact us

Entrust the handling/investigation of cases

Note: There is no data United States holidays, and the above information comes from the United States federal judiciary
(It will be automatically updated every day, it is recommended to collect WeChat floating window/browser bookmarks, if you are involved in infringement, you can withdraw and check and deal with it before the store freezes to reduce losses; If it is helpful to you, please share it with your cross-border e-commerce friends)