# Exhibit 3



Case List     Brand Library     Case agency

Law firm information     Frequently asked questions

other     about

# KEITH IS REPRESENTING PHOTOGRAPHER MARK GEMMELL IN PROTECTING HIS COPYRIGHTED WORKS. THE WORKS HAVE NOT BEEN FROZEN YET, SO HURRY UP TO CHECK AND WITHDRAW THE MONEY!

front page / Uncategorized / Keith…

Post Views: 3,715

## Case Parameters

Date of prosecution: 2023/5/22

Case number: 23-cv-3193, 23-cv-3197

Plaintiff brand: MARK GEMMELL Copyright painting

brand: MARK GEMMELL

Law firm: Keith

Place of prosecution: Illinois, USA

## Brand Introduction

Gemmell is a fine art photographer who specializes in quirky and imaginative images of livestock.

Many of his photos depict cattle and sheep in moody landscapes.

Official website: https://markgemmell.com/prints



## Registered Copyright

The case involves the following 4 copyrighted images, the copyright effective date is 23/2/1.

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**

**VA 2-339-119**

**Effective Date of Registration:**
February 01, 2023
**Registration Decision Date:**
March 21, 2023

## Title

**Title of Work:** Funny Girl

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** May 21, 2013
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Mark Gemmell
  **Author Created:** photograph
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Mark Gemmell
10 Swindon Rd, Edbagston, Birmingham, non-us, B178JL, United Kingdom

## Rights and Permissions

**Name:** Mark Gemmell
**Email:** gemmell.mark@gmail.com
**Telephone:** (447)948-2554x69

## Certification

**Name:** David Denholm
**Date:** February 01, 2023
**Applicant's Tracking Number:** MG2023020101

Page 1 of 2



Funny Girl



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter
United States Register of Copyrights and Director

**Registration Number**
**VA 2-339-120**
Effective Date of Registration:
February 01, 2023
Registration Decision Date:
March 21, 2023



## Title
**Title of Work:** Magnificence

## Completion/Publication
**Year of Completion:** 2013
**Date of 1st Publication:** March 24, 2014
**Nation of 1st Publication:** United Kingdom

## Author
- **Author:** Mark Gemmell
  **Author Created:** photograph
  **Citizen of:** United Kingdom

## Copyright Claimant
**Copyright Claimant:** Mark Gemmell
10 Swindon Rd, Edbagston, Birmingham, non-us, B178JL, United Kingdom

## Rights and Permissions
**Name:** Mark Gemmell
**Email:** gemmell.mark@gmail.com
**Telephone:** (447)948-2554x69

## Certification
**Name:** David Denholm
**Date:** February 01, 2023
**Applicant's Tracking Number:** MG2023020102

Page 1 of 2



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter
United States Register of Copyrights and Director

**Registration Number**
**VA 2-339-116**
**Effective Date of Registration:**
February 01, 2023
**Registration Decision Date:**
March 21, 2023

## Title
- **Title of Work:** Pose

## Completion/Publication
- **Year of Completion:** 2013
- **Date of 1st Publication:** May 21, 2013
- **Nation of 1st Publication:** United Kingdom

## Author
- **Author:** Mark Gemmell
- **Author Created:** photograph
- **Citizen of:** United Kingdom

## Copyright Claimant
- **Copyright Claimant:** Mark Gemmell
  10 Swindon Rd, Edbagston, Birmingham, non-us, B178JL, United Kingdom

## Rights and Permissions
- **Name:** Mark Gemmell
- **Email:** gemmell.mark@gmail.com
- **Telephone:** (447)948-2554x69

## Certification
- **Name:** David Denholm
- **Date:** February 01, 2023
- **Applicant's Tracking Number:** MG2023020103

Page 1 of 2



Pose





# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**VA 2-339-117**
Effective Date of Registration:
February 01, 2023
Registration Decision Date:
March 21, 2023

## Title
Title of Work: Spring Air

## Completion/Publication
Year of Completion: 2013
Date of 1st Publication: May 21, 2013
Nation of 1st Publication: United Kingdom

## Author
- Author: Mark Gemmell
  Author Created: photograph
  Citizen of: United Kingdom

## Copyright Claimant
Copyright Claimant: Mark Gemmell
10 Swindon Rd, Edbagston, Birmingham, non-us, B178JL, United Kingdom

## Rights and Permissions
Name: Mark Gemmell
Email: gemmell.mark@gmail.com
Telephone: (447)948-2554x69

## Certification
Name: David Denholm
Date: February 01, 2023
Applicant's Tracking Number: MG2023020104

Page 1 of 2



Spring Air

## Example



## Contact Us

If you want to know more about copyright infringement, you can visit SellerDefense official website to check the latest news: https://sellerdefense.cn/

If you are unfortunately sued or your store has been frozen, you can contact us immediately. Long press and scan the QR code below to add us as a friend. We will provide the most professional **free** consulting services in all aspects for different cases.



Category: Uncategorized    Victor    May 23, 2023    Comment



**Author: Victor**

---

HISTORICAL ARTICLES

**Rubik's Cube is back! 110 Amazon stores have had their loans frozen, here's the list!**

FUTURE ARTICLES

**A new brand has been established. Do not use the MOTOGP trademark without authorization!**

---

## Related Posts

**Attached is the list of defendants! Inflatable boat POOL PUNISHER full range of rights protection information disclosed!**
August 12, 2024

**Attention cup cover sellers! Chinese plaintiff defends CUP COVER cup cover design patent!**
August 8, 2024

**Keith is defending the copyright of the Christmas series of paintings! There are 53 illustrations in total, please take a quick look and avoid them!**
August 7, 2024

**These 23 copyrighted paintings cannot be used! Keith's copyrighted butterfly collage paintings are now available!**
August 6, 2024

| The famous guitar brand FENDER has multiple trademark rights protection! Sellers please check! | Trademarks and copyrights are no longer valid! The Woobles knitwear double rights protection is exposed! |
|---|---|
| August 6, 2024 | August 5, 2024 |

## Post a comment

Your email address will not be published * Required fields

<div style="border:1px solid #ccc; padding:10px;">Comment</div>

<div style="border:1px solid #ccc; padding:10px;">Name*</div>

<div style="border:1px solid #ccc; padding:10px;">e-mail*</div>

<div style="border:1px solid #ccc; padding:10px;">Website</div>

☐ Save my name, email, and website in this browser for the next time I comment.

**Submit a review**

<div style="border:1px solid #ccc; padding:10px;">Type and press Enter... 🔍</div>

SellerDefense WeChat Official Account 

US law firm case settlement agency 

SellerDefense Xiaohongshu 

## Law firm agency brand

GBC Agent Brand List

Keith's Agent Brands

EPS Agent Brand List

David's Agent Brands

## Useful links

How can cross-border sellers reduce the risk of being sued for infringement?

AliExpress Intellectual Property Zone

DHgate Intellectual Property Zone

Ebay VERO

How to Search a U.S. Trademark

How to search a Chinese trademark

The Basics of Litigation Settlement

## Categories

Baker

David

EPS

FERENCE

Flener

GBC

GulbransenLaw

HSP

Johnson & Pham LLP

Keener

KEITH

LOEB

Marshall

Saper

SKGF

SLADKUS

SMG

Spence PC

Thoits

Uncategorized

Other Law Firms

SellerDefense.cn 2017-2022

Shanghai ICP No. 13015943-1