# Exhibit 5



Case List        Brand Library

Case agency

Law firm information

Frequently asked questions

other        about

## AN MORE: ATTACHED IS THE LIST OF DEFENDANTS IN CASE 21-CV-23480

front page  /  Uncategorized  /  Hidden Case Opening...

Post Views:   4,104

The National Day holiday has just passed, but American law firms have not been idle during the holiday. Recently, many sellers have reported that their stores have been frozen due to the two cases 21-cv-5051 and 21-cv-23480. Below is the specific information of the two cases.

## Bala Bangles Fitness Wristband

**Case parameters:**

Case number: 21-cv-5051
Freeze date: around 2021/10/5
Plaintiff brand: Bala Bangles Fitness wristband
brand: Bala Bangles, INC
Law firm: Unknown

**Brand introduction:**

BalaBangles stylish weight-bearing fitness wristbands provide a similar exercise effect to dumbbells, increase exercise intensity, help burn fat, and strengthen muscles. Worn on the wrist,





Case List        Brand Library

Case agency

Law firm information

Frequently asked questions

other        about

**Registered Trademarks:**

As this is a hidden case, we cannot see the complaint and other documents, so it is not clear whether the product has a copyright patent, but the word trademarks Balacize and BALA are certain to be untouchable.



| | |
|---|---|
| Word Mark | BALACIZE |
| Goods and Services | IC 028. US 022 023 038 050. G & S: Exercise equipment, namely, weights, wearable weights, resistance bands, and s |
| | IC 035. US 100 101 102. G & S: Development, creation, production, and post-production of advertising content |
| | IC 041. US 100 101 107. G & S: Virtual physical fitness training services |
| Standard Characters Claimed | |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Serial Number | 90901631 |
| Filing Date | August 25, 2021 |
| Current Basis | 1B |
| Original Filing Basis | 1B |
| Owner | (APPLICANT) Bala Bangles Inc. CORPORATION CALIFORNIA #102 2801 Hyperion Ave Los Angeles CALIFORNIA |
| Attorney of Record | Sam Mazzeo |
| Type of Mark | TRADEMARK. SERVICE MARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |



Case List     Brand Library

Case agency



Law firm information

Frequently asked questions

other     about

**Assignment Recorded**  (LAST LISTED OWNER) **BALA BANGLES, INC.** CORPORATION DELAWARE #102 2801 HYPERION AVE LOS ANGELES CALIF
ASSIGNMENT RECORDED



| | |
|---|---|
| **Word Mark** | BALA |
| **Goods and Services** | IC 028. US 022 023 038 050. G & S: Exercise equipment, namely, weighted wrist and ankle bands; Ankle weights; Ankle ... Leg weights for athletic use; Leg weights for exercising; Physical fitness equipment, namely, weighted wrist and ankle bar |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 90165497 |
| **Filing Date** | September 8, 2020 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **International Registration Number** | 1587237 |
| **Owner** | (APPLICANT) **Bala Bangles, Inc.** CORPORATION DELAWARE #102 2801 Hyperion Ave Los Angeles CALIFORNIA 900 |
| **Attorney of Record** | Carrie A. R. Hedayati |
| **Prior Registrations** | 5678006 |
| **Description of Mark** | The mark consists of the letters ba, followed by a diagonal l, and the letter a. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

**Posting example:**





Case List      Brand Library

Case agency

Law firm information

Frequently asked questions

other      about

---

**Case parameters:**

Case number: 21-cv-23480

Filed: 2021/9/28

Plaintiff brand: ProExtender

Brand owner: LEADING EDGE MARKETING, INC.

Law firm: Sriplaw

**Brand introduction:**

ProExtender is an adult product. For details, please refer to the official website:

https://www.proextender.com/





Case List          Brand Library

Case agency

Law firm information

Frequently asked questions

other     about

## Registered Trademarks:

Do not use the Proextender word mark.

# Proextender



| Word Mark | PROEXTENDER |
|---|---|
| Goods and Services | IC 010. US 026 039 044. G & S: Adult sexual aids, namely, penis extenders. FIRST USE: 19940101. FIRS |
| Standard Characters Claimed | |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Serial Number | 78894125 |
| Filing Date | May 26, 2006 |
| Current Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | November 21, 2006 |
| Registration Number | 3206305 |
| International Registration Number | 1561697 |
| Registration Date | February 6, 2007 |
| Owner | (REGISTRANT) Leading Edge Marketing, Inc. CORPORATION BAHAMAS #12 Caves Village West Bay S |
| Attorney of Record | Robert Jancu |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20161107. |
| Renewal | 1ST RENEWAL 20161107 |
| Live/Dead Indicator | LIVE |

## Posting example:





Case List        Brand Library

Case agency

Law firm information

Frequently asked questions

other        about

List of cases:



Case List     Brand Library

Case agency

Law firm information

Frequently asked questions

other    about

| 14 | Alibaba | Ningbo XiDe Medical Devices Co., Ltd. |
| 15 | Alibaba | Yiwu Bilue Toy Co., Ltd. |
| 16 | Aliexpress | MOREFECT Official Store |
| 17 | Aliexpress | Leadove Adult Products Store |
| 18 | Aliexpress | RUOKEY Official Store |
| 19 | Aliexpress | JSSMATE Store |
| 20 | Aliexpress | Shenzhen Bellswin Technology Co., Ltd. |
| 21 | Aliexpress | Online Store 518266 |
| 22 | Aliexpress | Shop524613 Store |
| 23 | Aliexpress | Fashion adulty toys |
| 24 | Aliexpress | She's World |
| 25 | Aliexpress | leadove adult Store |
| 26 | Aliexpress | Her & His sexy Store |
| 27 | Aliexpress | Magic Alice |
| 28 | Aliexpress | Shop1425326 Store |
| 29 | Aliexpress | ZCZLOVE Store |
| 30 | Aliexpress | HipoKu Official Store |
| 31 | Aliexpress | Adult Sexy Club Store |
| 32 | Aliexpress | Private Tribe Store |
| 33 | Aliexpress | Clove Ukiyoe-Store |
| 34 | Aliexpress | IGRARK 24hours Online Store |
| 35 | Aliexpress | Shop3557006 Store |
| 36 | Aliexpress | Shop3660045 Store |
| 37 | Aliexpress | chinese medicine Physiotherapy instrument Store |
| 38 | Aliexpress | super men Store |





Case List        Brand Library

Case agency

Law firm information

Frequently asked questions

other        about

| 54 | Aliexpress | GoldenChief Store |
| 55 | Aliexpress | TMSex Store |
| 56 | Aliexpress | MMR Store |
| 57 | Aliexpress | Sexual Orgasm Store |
| 58 | Aliexpress | SexToys4 Store |
| 59 | Aliexpress | MMRSexy Store |
| 60 | Aliexpress | 18+ Store |
| 61 | Aliexpress | WePorn Store |
| 62 | Aliexpress | 18+ Adult Toy Erotic Store |
| 63 | Aliexpress | Release Pleasure Store |
| 64 | Aliexpress | TasteofSex Store |
| 65 | Aliexpress | Shop910568324 Store |
| 66 | Aliexpress | CuteSkin Store |
| 67 | Aliexpress | IGRARK Official Store |
| 68 | Aliexpress | Exquisite-Life Store |
| 69 | Aliexpress | Toy For Couples Store |
| 70 | Aliexpress | Shop911426304 Store |
| 71 | Aliexpress | Sexy World Store |
| 72 | Aliexpress | KUNYUE Store |
| 73 | Aliexpress | Lover Sexy World Store |
| 74 | Aliexpress | Hander Store |
| 75 | Aliexpress | Waitforyou088 Store |
| 76 | Aliexpress | Pink extreme temptation Store |
| 77 | Aliexpress | Oh Go Store |





Case List    Brand Library

Case agency

Law firm information

Frequently asked questions

other    about

| 93 | DHgate | lizhang01 |
| 94 | DHgate | zhangtracy |
| 95 | DHgate | dgw168 |
| 96 | DHgate | Yutong20161030 |
| 97 | DHgate | zhengrui03 |
| 98 | DHgate | zhengrui08 |
| 99 | DHgate | peithon |
| 100 | DHgate | ruiqi04 |
| 101 | DHgate | gou05 |
| 102 | DHgate | Mingandken |
| 103 | DHgate | hotstore20 |
| 104 | DHgate | qutjersey |
| 105 | DHgate | wantcoat |
| 106 | DHgate | likcoat |
| 107 | eBay | 3180836 |
| 108 | eBay | 2016_happylife_store |
| 109 | eBay | actionbuy_store |
| 110 | eBay | amazing_newyork |
| 111 | eBay | amazinghouse |
| 112 | eBay | amazingplaza66 |
| 113 | eBay | beautydeals043 |
| 114 | eBay | bestmall66 |
| 115 | eBay | bestquality.shop |
| 116 | eBay | bestwholesale618 |





Case List          Brand Library

Case agency

Law firm information

Frequently asked questions

other          about

| 132 | eBay | eastshop_us |
| 133 | eBay | elecmarket2010 |
| 134 | eBay | elecshop2017 |
| 135 | eBay | eleggenz |
| 136 | eBay | emilyzbazaar |
| 137 | eBay | evenkarronline |
| 138 | eBay | fairtopshop888 |
| 139 | eBay | fairwholesaleshop |
| 140 | eBay | falchettobianconeve |
| 141 | eBay | fashion_beaty |
| 142 | eBay | fast-ny-deal |
| 143 | eBay | forever_toyou |
| 144 | eBay | futongshop |
| 145 | eBay | giftport |
| 146 | eBay | golden-market |
| 147 | eBay | goodsaler2020 |
| 148 | eBay | gram2018 |
| 149 | eBay | gymstore2016 |
| 150 | eBay | haishizhq8 |
| 151 | eBay | helenfaye333 |
| 152 | eBay | hko374-0 |
| 153 | eBay | hotsale_hot |
| 154 | eBay | huahhg12 |
| 155 | eBay | hugflight |





Case List    Brand Library

Case agency

Law firm information

Frequently asked questions

other    about

| 171 | eBay | nb*seller |
|-----|------|-----------|
| 172 | eBay | newbbdoll |
| 173 | eBay | niceetradeshop |
| 174 | eBay | nico-pray09 |
| 175 | eBay | northcow2020 |
| 176 | eBay | okerelectronic001 |
| 177 | eBay | onemoreshopping |
| 178 | eBay | orsettoverdemela |
| 178 | eBay | orsettoverdemela |
| 179 | eBay | oumel-l_0 |
| 179 | eBay | oumel-l_0 |
| 180 | eBay | oz-fast-store |
| 181 | eBay | qzchiec |
| 182 | eBay | seek.emotiona |
| 183 | eBay | shop168a |
| 184 | eBay | sinoshine016 |
| 185 | eBay | smile.lee |
| 186 | eBay | superseller66 |
| 187 | eBay | sureyouare |
| 188 | eBay | teliqi_sz |
| 189 | eBay | tfd-tech |
| 190 | eBay | topdirectionstore |
| 191 | eBay | trendex_global |
| 192 | eBay | uamazing |



Case List     Brand Library

Case agency

Law firm information

Frequently asked questions

other    about

| 207 | Wish | Trendy |
| 208 | Wish | Best Fashion style |
| 209 | Wish | Shenzhen Huaqiang Consumer Electronic Technology Co., Ltd. |
| 210 | Wish | Icarejoy Technology co., Ltd. |
| 211 | Wish | Last Kiss |
| 212 | Wish | Eternal Smile |
| 213 | Wish | SEXHK International |
| 214 | Wish | Foster Silence |
| 215 | Wish | Erotic Mall |
| 216 | Wish | NANCY TINO |
| 217 | Wish | Cyrenepp |
| 218 | Wish | newcastle2016 |
| 219 | Wish | karanoke |
| 220 | Wish | qingqing |
| 221 | Wish | ccmao |
| 222 | Wish | johuuh123 |
| 223 | Wish | sooplight |
| 224 | Wish | MOGI35 |
| 225 | Wish | Olivia maga |
| 226 | Wish | tiantianbangbangtang |
| 227 | Wish | super_cool_store |
| 228 | Wish | ertffc |
| 229 | Wish | zdcory |
| 230 | Wish | bjmcck |





Case List    Brand Library

Case agency

Law firm information

Frequently asked questions

other    about

| 246 | Wish | Burn Science and Technology Ltd |
| 247 | Wish | TYwang |
| 248 | Wish | Dream Fly Wu |
| 249 | Wish | Leixiaopili |
| 250 | Wish | xfghxfghdhfg |
| 251 | Wish | YHJSUPPER |
| 252 | Wish | wujialu |
| 253 | Wish | XNwang |
| 254 | Wish | Kuaile_zhizaojia |
| 255 | Wish | FairyFor |
| 256 | Wish | qogf897 |
| 257 | Wish | Zhezuoshan |
| 258 | Wish | Qian One World |
| 259 | Wish | bguid928 |
| 260 | Wish | hualei430 |
| 261 | Wish | SODIAN ANZANDA |
| 262 | Wish | meet you yan |
| 263 | Wish | Winkel Nr |
| 264 | Wish | qiqi12 |
| 265 | Wish | dafaguanSG |
| 266 | Wish | dalla dalla |
| 267 | Wish | xumangying33 |
| 268 | Wish | Sinehjidom |
| 269 | Wish | leiyan8899 |



Case 1:25-cv-21165-BB Document 5-6 Entered on FLSD Docket 03/13/2025 Page 15 of 21

Case List        Brand Library

Case agency



Law firm information

Frequently asked questions

other        about

| 285 | Wish | County Seat |
| 286 | Wish | xiaoxingldo |
| 287 | Wish | Richfash |
| 288 | Wish | Fordham Law International |

## Contact Us

You can join the SellerDefense group for discussion: QQ18 group: 623673784 ( **If you have already joined other groups, you don't need to join again** )

Or visit our SellerDefense official website to check the latest news: https://sellerdefense.cn/

SellerDefense US trademark registration, the lowest price in the market, if you need brand registration, please contact us as soon as possible!

Sellers who have been frozen are welcome to contact us as soon as possible. We have experience in handling over 8,000 cases. Long press and scan the QR code below to add us as a friend. We will provide the most professional **free** consulting services in all aspects for different cases.



Case List        Brand Library

Case agency

Law firm information

Frequently asked questions

other        about

---



**Author:  Daniel**

---

HISTORICAL ARTICLES

**Another anonymous case involving trademarks and copyrights from EPS Law Firm. All major platforms and independent site sellers need to be vigilant!**

FUTURE ARTICLES

**Another tool product has begun to be frozen, please remove related products from the shelves immediately!**

---

# Related Posts





Case List    Brand Library

Case agency

Law firm information

Frequently asked questions

other    about

illustrations in total, please take a quick look and avoid them!

August 7, 2024

are now available!

August 6, 2024

The famous guitar brand FENDER has multiple trademark rights protection! Sellers please check!

August 6, 2024

Trademarks and copyrights are no longer valid! The Woobles knitwear double rights protection is exposed!

August 5, 2024

# Post a comment

Your email address will not be published * Required fields



Case List          Brand Library

Case agency

Law firm information

Frequently asked questions

other          about

Website

☐ Save my name, email, and website in this browser for the next time I comment.

Submit a review

Type and press Enter...

SellerDefense WeChat Official Account



Case List    Brand Library

Case agency

Law firm information

Frequently asked questions

other    about



SellerDefense Xiaohongshu

---

**Law firm agency brand**

GBC Agent Brand List

Keith's Agent Brands

EPS Agent Brand List

David's Agent Brands

---

**Useful links**

How can cross-border sellers reduce the risk of being sued for infringement?

AliExpress Intellectual Property Zone

DHgate Intellectual Property Zone

Ebay VERO

How to Search a U.S. Trademark





Case List     Brand Library

Case agency

Law firm information

Frequently asked questions

other     about

Flener

GBC

GulbransenLaw

HSP

Johnson & Pham LLP

Keener

KEITH

LOEB

Marshall

Saper

SKGF

SLADKUS

SMG

Spence PC

Thoits

Uncategorized

Other Law Firms



Case List          Brand Library

Case agency

Law firm information

Frequently asked questions

other      about