UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:25-cv-21165

TJM Solutions LLC,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

## NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANTS 20, 47, 59 AND 62

Plaintiff TJM Solutions LLC, by and through its undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the instant action with prejudice as against the following defendants:

    a. haomangth (Defendant No.20 on Schedule "A");

    b. Ravmix (Defendant No. 47 on Schedule "A");

    c. wufengtrade (Defendant No. 59 on Schedule "A"); and

    d. XMSANDOO (Defendant No. 62 on Schedule "A").

Dated: April 25, 2025

Respectfully submitted,

*/s/ Joel B. Rothman*
JOEL B. ROTHMAN
Florida Bar Number: 98220
joel.rothman@sriplaw.com
ANGELA M. NIEVES
Florida Bar Number: 1032760

**SRIPLAW**
CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE ◆ TEXAS

angela.nieves@sriplaw.com

**SRIPLAW, P.A.**
21301 Powerline Road
Suite 100
Boca Raton, FL 33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff TJM Solutions LLC*